UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case No. 04-10014 CIV-MOORE

MAGISTRATE JUDGE O'SULLIVAN

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
                            )
v.                          )
                            )
STEVEN RODGER and JACOB PERRY )
                            )
            Defendants.     )



FILED by __ D.C.
FEB 19 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF F' - KE  WEST

**UNOPPOSED MOTION TO ENTER CONSENT DECREE**

Plaintiff, the United States of America, hereby respectfully moves the Court to enter the proposed Consent Decree in this matter, which is filed concurrently with this motion, as its final judgment.

This motion is not opposed. Pursuant to S.D. Fla. L.R. 7.1.A.3, counsel for the United States (undersigned Mr. Steven O'Rourke) conferred with counsel for Defendants Roger and Perry (Mr. Edward Horan, of Horan & Horan), who agreed that this motion is not opposed.

Because the proposed Consent Decree is fair, reasonable, and consistent with the objectives of the National Marine Sanctuaries Act ("NMSA"), 16 U.S.C. §§ 1431, et seq., Plaintiff

1



requests that the Court sign (on page 11) the original Consent Decree that is filed herewith, and enter it as a final judgment in this case.

Respectfully submitted,

*[signature]* 2/17/04
Steven O'Rourke
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources
  Division
U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C.   20044
Tel: (202) 514-2779
Fax: (202) 514-2583


OF COUNSEL:
JASON FORMAN
Natural Resources Attorney
Office of the General Counsel
U.S. Department of Commerce
National Oceanic and Atmospheric Administration
Silver Spring, Maryland