IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-10114-CIV-MOORE/O'SULLIVAN

NIGHT BOX FILED
APR 18 2005
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

PAUL E. BATES, individually;
PAUL E. BATES d/b/a
COCONUT COVE RESORT;
and COCONUT COVE RESORT, INC.

    Plaintiffs,

vs.

ISLAMORADA, VILLAGE OF ISLANDS,

    Defendant.

_____/

## PLAINTIFFS' DEMAND FOR JURY TRIAL

Plaintiffs, Paul E. Bates, individually; Paul E. Bates d/b/a Coconut Cove Resort; and Coconut Cove Resort, Inc., hereby demand that the claim in this action be tried to a jury.

    Respectfully submitted,

    HOLLAND & KNIGHT LLP
    Co-Counsel for Plaintiffs
    701 Brickell Avenue
    Miami, Florida
    (305) 374-8500

    Rodolfo Sorondo, Jr., FBN 287301
    Christopher N. Bellows, FBN 512745



## CERTIFICATE OF SERVICE

We certify that on April 13, 2005 we mailed a copy of this demand for jury trial to Harriet R. Lewis, Esquire, Weiss Serota Helfman Pastoriza Guedes Cole & Boniske, P.A., attorneys for Islamorada, Village of Islands, 3107 Stirling Road, #300, Fort Lauderdale, Florida 33312.

_____
Christopher N. Bellows

#2764731

# 2764731_v1